# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0443. BRYANT ROBINSON v. THE STATE.**

Bryant Robinson pled guilty to two counts of sexual battery against a child under 16, and the trial court entered its final disposition on March 22, 2019. This disposition required Robinson to register as a sex offender. Robinson filed a discretionary application on April 19, 2019 from the final disposition, arguing the trial court erred in requiring him to register as a sex offender based on the crimes to which he pled. He further argues that he would not have pled guilty to the charges if he had known he would be required to register as a sex offender.

OCGA § 5-6-35 (5.1) requires a discretionary application to appeal from "decisions of superior courts reviewing decisions of the Sexual Offender Registration Review Board." However, this case does not involve a decision of the Sexual Offender Registration Review Board. Thus, it appears that Robinson has a right of direct appeal pursuant to OCGA § 5-6-34 (a) (1).

If a party timely applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Robinson shall have 10 days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. The clerk of the

trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/09/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*